# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PAULO B. NETO, SIMONE B. NETO,
NATALEE STEWART, WILLIAM W.
STEWART,

      **Plaintiffs,**

-vs-            Case No. 6:07-cv-833-Orl-19KRS

HILTON GRAND VACATION
COMPANY, LLC,

      **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

 This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE (Doc. No. 30)**
>
> **FILED:** September 10, 2007
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

 Counsel stated that discovery in the case revealed that there likely was no violation of the Fair Labor Standards Act with respect to the named plaintiffs. The named plaintiffs have agreed to the dismissal of the case with prejudice. Accordingly, I conclude that dismissal with prejudice is a fair and reasonable resolution of this case. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

I recommend that the Court dismiss the collective action allegations of the complaint and dismiss the case with prejudice as to Paulo B. Neto, Simone B. Neto, Natalee Stewart and William Stewart individually.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 2, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy