**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAULO B. NETO, SIMONE B. NETO,
NATALEE STEWART, WILLIAM W.
STEWART,

        Plaintiffs,

vs.                               CASE NO. 6:07-CV-833-ORL-19KRS

HILTON GRAND VACATION
COMPANY, LLC,

        Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 36, filed October 2, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 36) is **ADOPTED and AFFIRMED.** The collective action allegations of the complaint are dismissed, and this case is **DISMISSED WITH PREJUDICE** as to Paulo B. Neto, Simone B. Neto, Natalee Stewart and William Stewart individually.

The Unopposed Motion for Voluntary Dismissal with Prejudice (Doc. No. 30) is **GRANTED.**

**DONE AND ORDERED** at Orlando, Florida, this   14th   day of October, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record